# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Laurettea K. McGarvey aka Lauie K. McGarvey fka Lauretta Keenan<br>**Debtor(s)** | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>**Movant**<br>vs. | NO. 17-17611 AMC |
| Laurettea K. McGarvey aka Lauie K. McGarvey fka Lauretta Keenan<br>**Debtor(s)** | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>**Trustee** | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2015 Toyota Rav4, VIN: JTMDFREV6FD161723 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  9th   day of April    , 2019.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

cc: See attached service list

Laurettea K. McGarvey aka Lauie K. McGarvey fka Lauretta Keenan
216 Farnham Road
Havertown, PA 19083

Brandon J. Perloff, Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA 19102

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532