**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 7** |
| **Lauretta K. McGarvey** | : | |
| **Debtor** | : | **Bankruptcy No. 17-17611-AMC** |

**NOTICE OF DEBTOR'S CHANGE OF ADDRESS**

TO THE CLERK OF BANKRUPTCY COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Debtor, Lauretta K. McGarvey, has changed her mailing address. The Debtor requests that any notices given or required to be given to the Debtor, pursuant to Bankruptcy Rules of Procedure and any other applicable non-bankruptcy law, be sent to the Debtor at:

> **Lauretta K. McGarvey**
> **354 43rd Place, 2G**
> **Sea Isle City, NJ 08243**

This notice does not relieve any parties' obligation or requirement to provide notices to the Debtor's counsel of record.

Respectfully submitted,

DATE: June 24, 2020

/s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire
Attorney for the Debtor