Certificate Number: 12433-PAE-DE-037160486

Bankruptcy Case Number: 17-17611



12433-PAE-DE-037160486

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 4, 2023, at 3:47 o'clock PM EST, Laurie K. McGarvey completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 6, 2023    By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher