United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-17611-mdc

Laurettea K. McGarvey     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Apr 13, 2023     Form ID: 138OBJ     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laurettea K. McGarvey, 354 43rd Place, 2G, Sea Isle City, NJ 08243-1966 |
| 14011470 | #+ | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 14011471 | + | Lendmark Financial Ser, 1506 Klondike Rd, Conyers, GA 30094-5173 |
| 14318945 | + | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14285733 | + | Toyota Motor Credit Corp., c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 14 2023 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14071544 | + | Email/Text: g20956@att.com | Apr 14 2023 00:11:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14011465 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 14 2023 00:11:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14011466 | ^ | MEBN | Apr 14 2023 00:05:28 | Best Egg/sst, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 14011467 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2023 00:12:12 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14031824 | | Email/PDF: bncnotices@becket-lee.com | Apr 14 2023 00:12:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14011468 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 14 2023 00:12:03 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14011469 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 14 2023 00:11:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14017360 | | Email/Text: ktramble@lendmarkfinancial.com | Apr 14 2023 00:11:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, GA 30014 |
| 14074579 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2023 00:12:08 | LVNV Funding, LLC its successors and assigns as, assignee of CVI MF Grantor Trust III, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14074493 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 14 2023 00:12:03 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14011472 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2023 00:12:12 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14035593 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 14 2023 00:12:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14012188 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 14 2023 00:12:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14011473 | + | Email/Text: recovery@paypal.com | Apr 14 2023 00:11:00 | Paypal, 2211 N. 1st St., San Jose, CA 95131-2021 |
| 14011474 | + | Email/Text: bankruptcy1@pffcu.org | Apr 14 2023 00:11:00 | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14027612 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 14 2023 00:11:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14318945 | + | Email/Text: bncmail@w-legal.com | Apr 14 2023 00:11:00 | Scolopax, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14011475 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 14 2023 00:12:11 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14076705 | + | Email/Text: bncmail@w-legal.com | Apr 14 2023 00:11:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14011476 | + | Email/Text: bncmail@w-legal.com | Apr 14 2023 00:11:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14016646 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 14 2023 00:11:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14380419 | | Email/PDF: bncnotices@becket-lee.com | Apr 14 2023 00:12:04 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14011477 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 14 2023 00:11:00 | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 15, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Apr 13, 2023 Form ID: 138OBJ Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Debtor Laurettea K. McGarvey bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Laurettea K. McGarvey
        Debtor(s)

Case No: 17−17611−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/13/23